UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 7 CASE |
| | § | |
| JOSEPH LEE CLARK, | § | NO. 09-25112-REB |
| | § | |
| Debtor. | § | |
| | § | |
| | § | |
| GEORGIA FLORIDA UNITED | § | CONTESTED MATTER |
| METHODIST FEDERAL CREDIT UNION, | § | |
| | § | |
| Movant, | § | |
| | § | |
| v. | § | |
| | § | |
| JOSEPH LEE CLARK, | § | |
| | § | |
| Respondent, | § | |
| | § | |
| BRADLEY J. PATTEN, | § | |
| | § | |
| Trustee. | § | |

## MOTION FOR RELIEF FROM AUTOMATIC STAY

COMES NOW, GEORGIA FLORIDA UNITED METHODIST FEDERAL CREDIT UNION (hereinafter "Credit Union") a party in interest in the above-captioned matter and Movant in this proceeding, and respectfully shows to this Court as follows:

1.

Debtor filed a petition for relief under Chapter 7 of the United States Bankruptcy Code on December 1, 2009.

2.

The Bankruptcy Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §157 and 11 U.S.C. §362.

3.

Bradley J. Patten is the duly designated Chapter 7 Trustee.

4.

The Credit Union holds a valid, perfected security interest in a 2005 Chevrolet Silverado, VIN: 1GCHK23265F971157; a 2004 Porsche, VIN: WP0CB29974S675343; and a 2006 Hummer, VIN: 5GRGN23U06H113840 (hereinafter referred to as the "Vehicles"). A copy of the Certificates of Title are attached hereto as Exhibit "A".

5.

The Debtor is indebted to the Credit Union for the 2005 Chevrolet Silverado (Loan #1) in the amount of $10,128.91, exclusive of attorney fees and costs. The Debtor is indebted to the Credit Union for the 2004 Porsche (Loan #3) in the amount of $26,929.75, exclusive of attorney fees and costs. The Debtor is indebted to the Credit Union for the 2006 Hummer (Loan #4) in the amount of $59,595.88, exclusive of attorney fees and costs. The Debtor is indebted to the Credit Union for a Signature Loan (Loan #5) in the amount of $9,759.24, exclusive of attorney fees and costs. The accounts are secured and cross-collateralized by the Vehicles. The Debtor is in default in payments to the Credit Union.

6.

The Debtor has stated his intention to surrender the 2004 Porsche, VIN: WP0CB29974S675343 and the 2006 Hummer, VIN: 5GRGN23U06H113840.

7.

Cause exists for lifting the automatic stay, including lack of adequate protection. 11 U.S.C. §362(d)(1).

8.

There is no equity in the Vehicles and the Vehicles are not necessary for the adequate reorganization of the Debtor. The Vehicles are burdensome to the estate and of inconsequential value.

WHEREFORE, the Credit Union moves this Court for an order lifting the automatic stay pursuant to 11 U.S.C. §362 as to the Vehicles, and for such other and further relief as the Court deems just and appropriate.

RESPECTFULLY SUBMITTED this 22nd day of January, 2010.

/s/ Paul J. Morochnik
PAUL J. MOROCHNIK
Georgia Bar No. 526465

For the Firm of
WEISSMANN ZUCKER EUSTER MOROCHNIK P.C.
One Securities Centre
3490 Piedmont Road, Suite 650
Atlanta, Georgia 30305
(404) 364-2300
Email: paul@wzlegal.com
Attorneys for Movant

# Georgia Certificate of Title

**DISCLAIMER: DO NOT ACCEPT THIS TITLE WITHOUT THE SECURITY THREAD LOCATED APPROXIMATELY TWO INCHES FROM LEFT EDGE.**

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | TYPE OF BODY | MODEL | DATE ISSUED |
|---|---|---|---|---|---|
| 1GCHK23265F971157 | CHEVROLET | 2005 | TRUCK | SILVERADO K250 | 10/12/2005 |

| DATE VEHICLE PUR. | FUEL | NEW OR USED | ODOMETER | PREVIOUS TITLE NBR/STATE OF ISSUE | NBR OF LIENS | COLOR | CURRENT TITLE NUMBER |
|---|---|---|---|---|---|---|---|
| 07/30/2005 | DIESEL | NEW | 000672 | 7760870522360048/GA | 1 | BLK | 7781420628050148 |

**OWNER**
HABERSHAM DEVELOPMENT
584 SKYLAND DR
CORNELIA GA 30531-4383

**MAIL TO**
GEORGIA FLORIDA UNITED METHODIST FEDERAL CREDIT UNION
1991 LOWER ROSWELL RD N
MARIETTA GA 30068-3350

ODOMETER READING IS ACTUAL MILEAGE OF THE VEHICLE UNLESS OTHERWISE INDICATED BELOW.

**1ST LIEN OR SECURITY INTEREST**
GEORGIA FLORIDA UNITED METHODIST FEDERAL CREDIT UNION
1991 LOWER ROSWELL BLVD
MARIETTA GA

**2ND LIEN OR SECURITY INTEREST**

**3RD LIEN OR SECURITY INTEREST**

**RELEASE OF LIEN OR SECURITY INTEREST**
1ST LIEN
2ND LIEN
3RD LIEN

1717040.2

DMVS COMMISSIONER

EXHIBIT A

# Georgia Certificate of Title

DISCLAIMER: DO NOT ACCEPT THIS TITLE WITHOUT THE SECURITY THREAD LOCATED APPROXIMATELY TWO INCHES FROM LEFT EDGE.

| VIN | | | MODEL | CYL | DATE ISSUED |
|---|---|---|---|---|---|
| WP0... | | COUPE | 911 TURBO CABR | 6 | 08/21/2009 |

| DATE VEHICLE | | | PREVIOUS TITLE NBR/STATE OF ISSUE | NBR OF LIENS | COLOR | CURRENT TITLE NUMBER |
|---|---|---|---|---|---|---|
| 05/28/... | | | 7737650728880007 GA | 1 | BLK | 606832091596907 |

**OWNER**
JOSEPH LEE CLARK
584 SKYLAND DR
CORNELIA GA 30531-4383

*ODOMETER READING IS ACTUAL MILEAGE OF THE VEHICLE UNLESS OTHERWISE INDICATED BELOW.

MAIL TO:

GA FL UNITED METHODIST FCU
1991 LOWER ROSWELL RD
MARIETTA GA 30068-3350

**1ST LIEN OR SECURITY INTEREST**
GA FL UNITED METHODIST FCU
1991 LOWER ROSWELL RD
MARIETTA GA 30068-3350

**2ND LIEN OR SECURITY INTEREST**

**3RD LIEN OR SECURITY INTEREST**

The Georgia Department of Revenue issued this title pursuant to the Motor Vehicle Certificate of Title Act and this title is subject to its provisions. The Department certifies that on application duly made, the person named herein is registered as the lawful owner of the vehicle described subject to any liens or security interests set forth and such liens or security interests as may subsequently be filed with the Commissioner.

27606235

**RELEASE OF LIEN OR SECURITY INTEREST**

| | DATE OF RELEASE | SECURITY INTEREST HOLDER | AUTHORIZED AGENT |
|---|---|---|---|
| 1ST LIEN | | | BY |
| 2ND LIEN | | | BY |
| 3RD LIEN | | | BY |

27606235

STATE REVENUE COMMISSIONER



UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 7 CASE |
| | § | |
| JOSEPH LEE CLARK, | § | NO. 09-25112-REB |
| | § | |
| Debtor. | § | |
| | § | |
| GEORGIA FLORIDA UNITED METHODIST FEDERAL CREDIT UNION, | § | CONTESTED MATTER |
| | § | |
| Movant, | § | |
| v. | § | |
| JOSEPH LEE CLARK, | § | |
| Respondent, | § | |
| BRADLEY J. PATTEN, | § | |
| Trustee. | § | |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that GEORGIA FLORIDA UNITED METHODIST FEDERAL CREDIT UNION has filed a **Motion for Relief from Automatic Stay** and related papers with the Court seeking an order granting relief from the automatic stay. The Court will hold a hearing on the motion in Courtroom 103, U.S. Courthouse, 121 Spring Street, SE, Gainesville, Georgia at 1:00 P.M. on February 9, 2010.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have any attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how, and on whom (including addresses) you served the response. Mail or deliver your response so this it is received by the Clerk at least two business days before the hearing. The address of the Clerk's office is: Clerk, Room 120 Federal Building, 121 Spring Street, SE, Gainesville, Georgia 30501. You must also mail a copy of your response to the undersigned at the address stated below.

If a hearing on the motion to lift automatic stay cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty days of filing the motion and agrees to a hearing on the earliest possible date of the request, If a final decision is not rendered by the Court within sixty (60) days of the date of the request, Movant waives the requirement that the final decision be issued within that period. Movant consents to the automatic stay remaining in effect until the Court orders otherwise.

DATED:    January 22, 2010        /s/ Paul J. Morochnik
PAUL J. MOROCHNIK
Georgia State Bar No. 526465
WEISSMANN ZUCKER EUSTER P.C.
One Securities Centre
3490 Piedmont Road, Suite 650
Atlanta, Georgia 30305
Email: paul@wzlegal.com
(404) 364-2300
(404) 364-2320 facsimile
Attorney for Movant

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the Motion for Relief from Automatic Stay and Notice of Hearing upon the Chapter 7 Trustee, the Debtor and Debtor's counsel by depositing a copy of the same in the United States Mail, with adequate first-class postage affixed thereto, addressed as follows:

Bradley J. Patten
Smith, Gilliam and Williams, P.A.
P.O. Box 1098
Gainesville, GA 30503

Joseph Lee Clark
P.O. Box 674
Cornelia, GA 30531

Quentin R. Carr
Carr & Gibbs, P.C.
P.O. Box 999
Clarkesville, GA 30523

/s/ Paul J. Morochnik
PAUL J. MOROCHNIK
Georgia Bar No. 526465
WEISSMANN ZUCKER EUSTER MOROCHNIK P.C.
One Securities Centre
3490 Piedmont Road, Suite 650
Atlanta, Georgia 30305
Email: paul@wzlegal.com
(404) 364-2300
(404) 364-2320 facsimile
Attorneys for Movant